GARY SHAMLEY v. ITT CORPORATION, ET AL.

April 19, 1989.

Petition for certification denied.

RICHARD BETTS v. BOARD OF REVIEW, ET. AL.

April 19, 1989.

Petition for certification denied.

GREGORY PIEPER v. WILLIAM S. HAINES, ET AL.

April 19, 1989.

Petition for certification denied.

T.W. v. A.W.

April 19, 1989.

Petition for certification denied.